IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 23-264 |
| JASON R. SVONAVEC | |

**GOVERNMENT'S POSITION WITH RESPECT TO
<u>SENTENCING FACTORS</u>**

AND NOW comes the United States of America, by its attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Gregory C. Melucci, Assistant United States Attorney for said district, submitting as follows:

Government counsel has reviewed the contents of the final Presentence Investigation Report ("PIR").  The government has no objections or requests for modification of the PIR, and has notified defense counsel and the United States Probation Officer of the government's position.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

*/s/Gregory C. Melucci*
GREGORY C. MELUCCI
Assistant U.S. Attorney
PA ID No. 56777